IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH BRADLEY                      *
                                     *
                                     *        Civil Action No. CCB-20-1094
        v.                           *
                                     *
                                     *
DENTALPLANS.COM                      *
                                     *

**ORDER**

At the request of the parties (ECF 33), this case is Stayed pending the results of mediation.

A status report is due May 26, 2021.

So Ordered this  12th  day of March, 2021.

_____
                           /s/
Catherine C. Blake
United States District Judge