# EXHIBIT E

# FILED UNDER SEAL

**PLACEHOLDER FOR EXHIBIT SUBJECT TO DEFENDANTS' CONCURRENTLY FILED MOTION FOR LEAVE TO FILE UNDER SEAL**