# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORADH BRADLEY, individually and on behalf of others similarly situated, | |
| Plaintiff, | CASE NO. 1:20-cv-01094 |
| v. | **CLASS ACTION** <br> **JUSRY TRIAL DEMANDED** |
| DENTALPLANS.COM, and CIGNA HEALTH AND LIFE INSURANCE COMPANY | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING MOTION TO CERTIFY ISSUE FOR INTERLOCUTORY APPEAL

Upon consideration of the parties' submissions and the arguments of counsel, it is hereby **ORDERED** that Defendant DentalPlans.com's Motion to Certify Issue for Interlocutory Appeal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____                             _____
                                                     Hon. Brendan A. Hurson
                                                     United States District Judge