**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| DEBORAH BRADLEY, | | |
| *individually and on behalf of others similarly situated*, | * | |
| | * | Civil No. 20-1094-BAH |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| DENTALPLANS.COM *et al.*, | | |
| | * | |
| Defendants. | | |
| | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED that:

(1) Defendant's DentalPlans.com Motion Certify Issue for Interlocutory Appeal, ECF 140, is **GRANTED** as to the question of whether the Electronic Signatures in Global and National Commerce Act's (E-SIGN Act) disclosure requirements apply to the Telephone Consumer Protection Act (TCPA);

(2) Defendants' motion is **DENIED** as to the question of whether Plaintiff's receipt of the alleged telephone calls in violation of the TCPA is sufficient to confer Article III standing;

(3) The case is **STAYED** pending resolution of this interlocutory appeal;

(4) The Clerk of the Court shall transmit a copy of this Order and the accompanying memorandum opinion to counsel of record.

Dated: <u>December 18, 2024</u>

_____/s/_____
Brendan A. Hurson
United States District Judge