**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| DEBORAH BRADLEY, | | |
| *individually and on behalf of others* | * | |
| *similarly situated*, | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | Civil No. 20-1094-BAH |
| DENTALPLANS.COM ET AL., | | |
| | * | |
| Defendants. | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER AND JUDGMENT

For the reasons stated in the March 20, 2026 memorandum opinion, ECF 183, and upon consideration of the parties' joint motion for entry of judgment under Fed. R. Civ. P. 58, ECF 187, it is hereby ORDERED that:

(1) The joint motion for entry of judgment, ECF 187, is GRANTED;

(2) Judgment is ENTERED pursuant to Fed. R. Civ. P. 58 in favor of Defendants DentalPlans.com and Cigna Health and Life Insurance Company on Plaintiff's claim for violation of the TCPA; and

(3) The Clerk of the Court SHALL CLOSE this case and TRANSMIT a copy of this order and judgment to counsel of record.

Dated: April 3, 2026                                          /s/
                                                    Brendan A. Hurson
                                                    United States District Judge